UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF NEW YORK**

CLIFFORD B. MEACHAM; THEDRICK L.
EIGHMIE; AND ALLEN G. SWEET, ALL
INDIVIDUALLY AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED; AND,

JAMES R. QUINN, PH.D.; DEBORAH L. BUSH;
HILDRETH E. SIMMONS, JR., RAYMOND E.
ADAMS; HENRY BIELAWSKI; RONALD G.
BUTLER, SR.; WALLACE ARNOLD; WILLIAM F.
CHABOT; JAMES S. CHAMBERS; ALLEN E.
CROMER; PAUL M. GUNDERSEN; ARTHUR J.
KASZUBSKI; DAVID J. KOPMEYER; CLIFFORD J.
LEVENDUSKY; BRUCE E. PALMATIER;
CHRISTINE A. PALMER; NEIL R. PAREENE;
FRANK A. PAXTON; JANICE M. POLSINELLE;
WILLIAM C. REYNHEER; JOHN K. STANNARD;
DAVID W. TOWNSEND; TEOFILS F. TURLAIS;
BRUCE E. VEDDER; AND CARL TO WOODMAN,
                                         Plaintiffs,

STIPULATION OF
DISMISSAL WITH
PREJUDICE

Index No. 97-CV-0012 (DRH)
Lead Case

- vs -

KAPL, INC., LOCKHEED MARTIN
CORPORATION, AND JOHN J. FREEH, BOTH
INDIVIDUALLY, AND AS AN EMPLOYEE OF
KAPL AND LOCKHEED MARTIN,
                                         Defendants.

JAMES R. QUINN, PH.D.,

                                         Plaintiff

- vs -

KAPL, INC., LOCKHEED MARTIN
CORPORATION, AND JOHN J. FREEH, BOTH
INDIVIDUALLY AND AS AN EMPLOYEE OF
KAPL AND LOCKHEED MARTIN,
                                         Defendants.

Index No. 97-CV-45 (DRH)
Member Case

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action is dismissed, with prejudice, and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Date: December 1, 2010

**NIXON PEABODY LLP**

By: John E. Higgins (501185)
677 Broadway, 10th Floor
Albany, New York 12207
Phone: (518) 427-2650
jehiggins@nixonpeabody.com
*Attorneys for Defendants*

Dated: November 24, 2010

**DUCHARME, HARP & CLARK, LLP**

By: John B. DuCharme (104262)
10 Maxwell Drive, Suite 205
Clifton Park, NY 12065
(518) 373-1482
jducharme@nycap.rr.com
*Attorneys for Plaintiffs*

**SO ORDERED:**

_____     12/28/10
**David R. Homer, U.S. Magistrate Judge**     Date